| | |
|---|---|
| 1 | BONNIE R. COHEN (State Bar No. 94881) |
| | LAW OFFICES OF BONNIE R. COHEN |
| 2 | 3096 Washington Street |
| | San Francisco, CA  94115-1618 |
| 3 | Telephone:  415.931.0928 |
| | Fax:  415.931.0927 |
| 4 | brcohen@att.net |
| 5 | Attorneys for Defendants United Airlines, Inc. and |
| | Deutche Lufthansa Aktiengesellschaft (sued incorrectly as |
| 6 | Lufthansa German Airlines). |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | | | |
|---|---|---|---|
| 11 | | | |
| 12 | BARBARA MUSELLI | ) | Case No.  06-02854  BZ |
| | | ) | |
| 13 | Plaintiff, | ) | |
| | | ) | |
| 14 | vs. | ) | **REQUEST BY DEFENDANTS'** |
| | | ) | **COUNSEL TO ATTEND CASE** |
| 15 | UNITED AIRLINES, INC., a corporation, | ) | **MANAGEMENT CONFERENCE BY** |
| | LUFTHANSA GERMAN AIRLINES, and | ) | **TELEPHONE  and** |
| 16 | DOES I - 30 | ) | [PROPOSED] ORDER |
| | Defendants | ) | |
| 17 | | ) | **LOCAL RULE 16-10(a)** |
| | | ) | |
| 18 | | ) | **CMC:  July 31, 2006** |
| | | | **4:00** |
| 19 | | | |

Counsel for defendants requests permission from this Court to attend the July 31, 2006 initial Case Management Conference by telephone.

Counsel for defendants is a sole practitioner and will be out-of-town on other business on the date of the Case Management Conference.  The out-of-town business involves many other people and it is not feasible for all of them to change that date.  She will be the trial counsel for defendant if this case goes to trial and will be prepared to participate in the Case Management Conference by telephone in the same manner as if she were present in Court.

-1-

REQ FOR TEL APPEARANCE AT CMC

On that basis, defendants respectfully asks that their attorney be allowed to participate by telephone.

LAW OFFICES OF BONNIE R. COHEN

By_____
BONNIE R. COHEN
Attorney for Defendants

DECLARATION IN SUPPORT OF REQUEST FOR TELEPHONE APPEARANCE

I, BONNIE R. COHEN, DECLARE:

1. I have been admitted to practice before this Court since December 1980. I have represented parties in dozens, if not hundreds, of aviation-related and other cases (including trials) before this Court. I represent defendants here. The matters stated in this declaration are true of my own personal knowledge.

2. I have a solo practice and no other attorney works in my office. No other attorney is involved in the defense of this case.

3. I am scheduled to be out-of-town on other business July 31, 2006.

4. I will be prepared, on July 31, 2006, to participate in a productive Case Management Conference by telephone.

////////////

////////////

| | |
|---|---|
| 1 | 5. As will be set forth more fully in the Joint Case Management Conference to be filed by |
| 2 | the parties there are good reasons to believe this case will reach an early settlement. |
| 3 | Defendants have proposed to participate in a Voluntary Early Settlement Conference. As |
| 4 | a sign of extraordinary good faith, defendants have proposed they will stipulate not to |
| 5 | contest liability (for the purposes of the early settlement conference only) even though |
| 6 | liability defenses exist under Federal and international law. That stipulation is made so |
| 7 | that the parties may explore settlement in good faith before extensive and expensive |
| 8 | liability discovery is undertaken. Defendants ask only that it be allowed to depose |
| 9 | plaintiff and to review her damages documents (to be produced in Rule 26 disclosures) |
| 10 | and they will be prepared to make a fair offer at an early settlement conference. Plaintiff |
| 11 | is considering defendant's proposal. If extensive discovery goes forward, defendants' |
| 12 | settlement offer, in any, will be reduced to reflect defense costs incurred. |

I declare under penalty of perjury under the laws of the United States of America that the facts stated above are true.

Executed in San Francisco, CA on July 23, 2006

_____

**BONNIE R. COHEN**

**[PROPOSED] ORDER FOR TELEPHONE APPEARANCE**

Counsel for Defendants has demonstrated sufficient grounds, under the Local Rules of this Court, to attend the July 31, 2006 settlement conference by telephone. This Court's staff will

//////////////

-3-

REQ FOR TEL APPEARANCE AT CMC

1 ///////////

2 ~~Instruct counsel for Defendants of the procedures to be followed to make the telephone~~

3 ~~appearance.~~  Counsel shall call the court at 4:00 p.m. at 415-522-4093.



SO ORDERED

7/24/2006

THE HONORABLE BERNARD ZIMMERMAN

UNITED STATES MAGISTRATE JUDGE

Case 3:06-cv-02852-BZ Document 11 Filed 07/24/2006 Page 4 of 4