UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA MUSELLI, | ) | |
| Plaintiff(s), | ) | No. C06-2854 BZ |
| v. | ) | **CONDITIONAL ORDER OF DISMISSAL** |
| UNITED AIRLINES, INC., et al., | ) | |
| Defendant(s). | ) | |

The Court has been advised that the parties have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: Sept. 22, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MUSELLI\COND.ORD.DISM.wpd

1